UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBY MITCHELL, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-7617** |
| **TRAVELERS FLOOD INSURANCE, ET AL.** | **SECTION "K"(1)** |

## ORDER

Before the Court is Plaintiffs' Motion to Remand (Rec.Doc.No. 6). Plaintiffs bring this action seeking damages for, *inter alia*, failure to properly adjust their claim for proceeds under a flood insurance policy. This claim clearly falls within the Court's exclusive subject matter jurisdiction as granted by 42 U.S.C. § 4072. For the reasons set forth in *Stay-N-Play Discovery School, Inc. v. Alverez*, 2006 WL 2947878 (E.D. La Oct. 14, 2006) and *Perret v. American Nat. Property and Cas.*, 2006 WL 3412267 (E.D. La. Nov. 27, 2006), the Court finds that Plaintiffs' motion is without merit. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Rec.Doc.No. 6) is hereby **DENIED**.

New Orleans, Louisiana, on this __18th__ day of December, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE