FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 19 AM 11: 01

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBY and JOSEPHINE MITCHELL** | **CIVIL ACTION NO. 06-7617** |
| **VERSUS** | **JUDGE "K"** |
| **TRAVELERS FLOOD INSURANCE,** **ST. PAUL FIRE AND MARINE INSURANCE** **COMPANY, TRAVELERS PROPERTY AND** **CASUALTY INSURANCE COMPANY and** **HAEUSER INSURANCE AGENCY, INC.** | **MAGISTRATE "1"** |

### J U D G M E N T

**CONSIDERING THE FOREGOING** Motion for Entry of Final Judgment;

**IT IS ORDERED** that in conjunction with the Court's prior ruling entered on November 27, 2006, and considering this Court's Orders and Reasons on file herein, and finding there is no just reason for delay

**IT IS FURTHER ORDERED AND DECREED** that the Court's ruling entered on November 27, 2006 is hereby entered as a final judgment pursuant to ~~28 U.S. C. 1291, or alternatively,~~ Rule 54, F.R.C.P, and Haeuser Insurance Agency, Inc. is dismissed from this action with prejudice.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\Ginger\Local Settings\Temporary Internet Files\OLK15\Final Judgment.KGA.doc

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____